REED ELSEVIER, INC., APPELLANT, *v.* WILKINS, TAX COMMR., APPELLEE.

[Cite as *Reed Elsevier, Inc. v. Wilkins,*
109 Ohio St.3d 517, 2006-Ohio-3058.]

(No. 2005–1658—Submitted May 24, 2006—Decided July 5, 2006.)

{¶ 1} The decision of the Board of Tax Appeals is affirmed on the authority of *Andrew Jergens Co. v. Wilkins,* 109 Ohio St.3d 396, 2006-Ohio-2708, 848 N.E.2d 499.

MOYER, C.J., RESNICK, PFEIFER, O'CONNOR and LANZINGER, JJ., concur.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**O'DONNELL, J., dissenting.**

{¶ 2} I respectfully dissent in this case for the same reasons that I dissented in *Andrew Jergens Co. v. Wilkins,* 109 Ohio St.3d 396, 2006-Ohio-2708, 848 N.E.2d 499.

LUNDBERG STRATTON, J., concurs in the foregoing dissenting opinion.

Vorys, Sater, Seymour & Pease, L.L.P., Kevin M. Czerwonka, and Anthony L. Ehler, for appellant.

Jim Petro, Attorney General, and Barton A. Hubbard, Assistant Attorney General, for appellee.